UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROVIDENCE HEALTH & SERVICES, a Washington nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>OAK SOURCING & LOGISTICS, LLC, a Wyoming limited liability company,<br><br>Defendants. | Case No.: 2:23-cv-00128-RSL<br><br>STIPULATION AND ORDER |

WHEREAS, plaintiff Providence Health & Services ("Plaintiff") and defendant Oak Sourcing & Logistics, LLC ("Defendant") have retained Stew Cogan, Esq. to mediate the dispute between them; and

WHEREAS, an in-person mediation session before Mr. Cogan is currently scheduled for March 22, 2023; and

WHEREAS, in order to facilitate mediation, the parties desire to extend the time by which Defendant is required to appear, answer, move, or otherwise respond to the Complaint (ECF No. 1);

STIPULATION AND ORDER - 1
Case No. 2-22-cv-00128
506510355.1

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for Plaintiff and Defendant, as follows:

1. The time for Defendant to appear by counsel, answer, move, or otherwise respond to the Complaint is hereby extended to May 1, 2023.

Dated: March 17, 2023

/s/ Peter A. Talevich
Pallavi Mehta Wahl, WSBA No. 32799
Peter A. Talevich, WSBA No. 42644
Ashley E.M. Gammell, WSBA No. 50123
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Tel. (206) 623-7580
Pallavi.wahi@klgates.com
Peter.talevich@klgates.com
Ashley.gammell@klgates.com
*Attorneys for Plaintiff Providence Health & Services*

Dated: March 14, 2023

[Original Signature on e-Filed Stipulation]
Michael James Maloney
(motion for admission pro hac vice forthcoming)
Felicello Law P.C.
366 Madison Avenue 3rd Floor
New York, New York 10017
Tel. (212) 584-7806
mmaloney@felicellolaw.com
*Attorneys for Defendant Oak Sourcing & Logistics, LLC*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 20, 2023

_____
HON. ROBERT S. LASNIK
United States District Judge

STIPULATION AND ORDER - 2
Case No. 2-22-cv-00128
506510355.1