THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROVIDENCE HEALTH & SERVICES, a Washington nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>OAK SOURCING & LOGISTICS, LLC, a Wyoming limited liability company,<br><br>Defendants. | Case No.: 2:23-cv-00128-RSL<br><br>STIPULATION AND ORDER |

WHEREAS, the time by which Defendant Oak Sourcing & Logistics, LLC ("Defendant") was required to appear, answer, move, or otherwise respond to the Complaint (ECF No. 1) was previously extended to May 1, 2023 (ECF No. 10); and

WHEREAS, an in-person mediation session before Mr. Cogan was held on March 22, 2023; and

WHEREAS, plaintiff Providence Health & Services ("Plaintiff") and Defendant have reached a settlement in principle and are finalizing a settlement agreement; and

WHEREAS, in order to facilitate finalization of the settlement documents, the parties desire to extend further the time by which Defendant is required to appear, answer, move, or otherwise respond to the Complaint (ECF No. 1);

STIPULATION AND ORDER - 1
Case No. 2-23-cv-00128

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for Plaintiff and Defendant, as follows:

1. The time for Defendant to appear by counsel, answer, move, or otherwise respond to the Complaint is hereby extended to May 15, 2023.

Dated: April 24, 2023

s/ Peter A. Talevich
Peter A. Talevich, WSBA No. 42644
Pallavi Mehta Wahl, WSBA No. 32799
Ashley E.M. Gammell, WSBA No. 50123
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Tel. (206) 623-7580
pallavi.wahi@klgates.com
peter.talevich@klgates.com
ashley.gammell@klgates.com

*Attorneys for Plaintiff Providence Health & Services*

STIPULATION AND ORDER - 2 Case No. 2-23-cv-00128

1  Dated: April 24, 2023

Michael James Maloney
(admission pro hac vice expected)
FELICELLO LAW P.C.
366 Madison Avenue 3rd Floor
New York, New York 10017
Tel. (212) 584-7806
mmaloney@felicellolaw.com
*Attorneys for Defendant Oak Sourcing & Logistics, LLC*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 26, 2023

HON. ROBERT S. LASNIK
United States District Judge

STIPULATION AND ORDER - 3 Case No. 2-23-cv-00128