THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROVIDENCE HEALTH & SERVICES, a Washington nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>OAK SOURCING & LOGISTICS, LLC, a Wyoming limited liability company,<br><br>Defendants. | Case No.: 2:23-cv-00128<br><br>STIPULATION AND PROPOSED ORDER |

WHEREAS, plaintiff Providence Health & Services ("Plaintiff") and defendant Oak Sourcing & Logistics, LLC ("Defendant") engaged in mediation and reached a confidential settlement agreement on March 23, 2023; and

WHEREAS, the parties' settlement provides for performance of certain obligations on or before September 29, 2023, and if such obligations are performed the present case will be dismissed without prejudice and without an award of costs or attorneys' fees to any party;

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for Plaintiff and Defendant, as follows:

STIPULATION AND ORDER - 1
Case No. 2-23-cv-00128
506695354.1

1. The above-captioned case is stayed until October 31, 2023.

2. If the parties have not dismissed the above-captioned case by October 31, 2023, the parties will submit a joint status report to the Court on or before November 7, 2023.

3. The time for Defendant to appear by counsel, answer, move, or otherwise respond to the Complaint is hereby extended to October 31, 2023.

4. The parties stipulate to toll the statute of limitations for all claims, counterclaims, or third party claims by any party to the above-captioned case until October 31, 2023.

DATED May 19, 2023.

(Signatures are on Hard Copy)
Peter A. Talevich, WSBA No. 42644
Pallavi Mehta Wahl, WSBA No. 32799
Ashley E.M. Gammell, WSBA No. 50123
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Tel. (206) 623-7580
Email: Pallavi.wahi@klgates.com
        Peter.talevich@klgates.com
        Ashley.gammell@klgates.com

*Attorneys for Plaintiff Providence Health & Services*

STIPULATION AND ORDER - 2
Case No. 2-23-cv-00128
506695354.1

Case 2:23-cv-00128-RSL   Document 14   Filed 05/22/23   Page 3 of 3

DATED May 19, 2023

<u>(Signatures are on Hard Copy)</u>
Michael James Maloney
(admission pro hac vice expected)
Felicello Law P.C.
366 Madison Avenue 3rd Floor
New York, New York 10017
Tel. (212) 584-7806
Email: mmaloney@felicellolaw.com

*Attorneys for Defendant Oak Sourcing & Logistics, LLC*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED May 22, 2023.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER - 3
Case No. 2-23-cv-00128
506695354.1